1   **WO**

2

3

4

5

6               **UNITED STATES DISTRICT COURT**

7                     **DISTRICT OF ARIZONA**

8   United States of America,

9                  Plaintiff,

10        v.                                    **CV 96-2049-PHX-SMM**

11  Linda M. Kalas,                    **GARNISHMENT DISPOSITION
                                              ORDER**

12                Defendant,
13  and

14  NCS Pearson, Inc.,

15                Garnishee.

16

17

18          A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon

19  the Garnishee.  Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on

20  February 5, 2007, stating that at the time of the service of the Writ it had in its possession

21  non-exempt earnings belonging to and due defendant, and that garnishee was indebted to

22  defendant.

23          On January 5, 2007, the defendant was notified of her right to a hearing and has not

24  requested a hearing to determine exempt property or to object to the answer.

25          **IT IS ORDERED** that Garnishee pay the sum of 25% of defendant's non-exempt

26  earnings to plaintiff and continue withholding the defendant's non-exempt earnings and

27  paying them to the plaintiff until the debt to the plaintiff is paid in full or until the garnishee

28

1  no longer has possession of any non-exempt earnings belonging to the debtor or until further

2  Order of this court.  Checks should be made payable to Department of Justice and mailed to

3  U.S. Attorney's Office, Financial Litigation Unit, 405 West Congress, Suite 4900, Tucson,

4  Arizona 85701-5041.

5       DATED this 2nd day of March, 2007.

6

7

8

9                     Stephen M. McNamee
                  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28